ACCEPTED
04-15-00248-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/5/2015 4:02:42 PM
KEITH HOTTLE
CLERK

### NO. 04-15-00248-CV

| | | |
|---|---|---|
| **SHARED PEER HOLDINGS, LLC,** | § | **IN THE COURT OF APPEALS** |
| **D/B/A RVSHARE.COM,** | § | |
| | § | |
| **Appellant,** | § | |
| | § | |
| **v.** | § | **FOURTH DISTRICT** |
| | § | |
| **SA AMERICAN DREAM** | § | |
| **VACATIONS LLC, D/B/A** | § | |
| **AMERICAN DREAM** | § | |
| **VACATIONS,** | § | |
| | § | |
| **Appellee.** | § | **SAN ANTONIO, TEXAS** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
5/5/2015 4:02:42 PM
KEITH E. HOTTLE
Clerk

## APPELLANT'S MOTION TO DISMISS APPEAL

TO THE HONORABLE JUSTICES OF SAID COURT:

Appellant, Shared Peer Holdings, LLC d/b/a RVShare.com, files this motion asking the Court to dismiss this appeal.

### A.    INTRODUCTION

Appellant is Shared Peer Holdings, LLC d/b/a RVShare.com.

Appellee is SA American Dreams Vacations, LLC d/b/a American Dream Vacations.

### B.    ARGUMENT AND AUTHORITIES

The appellate court may dismiss this appeal upon the appellant's motion and has the authority to grant this motion to dismiss under Texas Rule of Appellate Procedure 42.2(a). Appellant requests the Court to dismiss this appeal.

{00116509.1}

## C.    CONCLUSION AND PRAYER

Appellant asks the Court to grant this motion to dismiss. Costs on appeal should be taxed against the party who incurred them.

Respectfully submitted,

/s/ *John C. Cave*

John C. Cave
State Bar No. 00783812
GUNN, LEE & CAVE, P.C.
300 Convent, Suite 1080
San Antonio, TX 78205
Telephone: (210) 886-9500
Facsimile:  (210) 886-9883
Email: john.cave@gunn-lee.com

Jon A. Troyer
Ohio Attorney Registration No. 0080888
EMERSON THOMSON BENNETT
1914 Akron-Peninsula Road
Akron, OH  44313
Telephone: (330) 434-9999
Facsimile:  (330) 434-8888
Email: jat@etblaw.com

**ATTORNEYS FOR APPELLANT**

## CERTIFICATE OF CONFERENCE

On May 5, 2015, Megan Kucera, counsel for Appellee, indicated that her client is not opposed to the relief requested in this Motion.

/s/ *John C. Cave*
John C. Cave

{00116509.1}

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing document was forwarded in accordance with Texas Rule of Appellate Procedure 9.5 on May 5, 2015 to the following counsel of record:

Keith P. Miller, Esq.
Megan H. Kucera, Esq.
Law Offices of Keith P. Miller
14350 Northbrook, Suite 150
San Antonio, Texas 78232
(210) 524-9040
(210) 267-2982 (fax)
kmiller@kpmlawpc.com
megan@kpmlawpc.com

**ATTORNEYS FOR APPELLEE**

_/s/ John C. Cave_
John C. Cave

{00116509.1}